# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

155368

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTONIO RENA PROPHET,
      Defendant-Appellant.

SC: 155368
COA: 335563
Wayne CC: 05-007237-FC

_____/

On order of the Court, the application for leave to appeal the January 25, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk

t1218